```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )
                               )
        vs.                    )
                               )
DANA D. MATHEWS,               )
                               )    No. 3:00-cr-0101-HRH
                    Defendant. )
_____)
```

ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's criminal restitution.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this 22nd day of January, 2007.

                          /s/ H. Russel Holland
                          United States District Judge

---

[1]   Clerk's Docket No. 46.

- 1 -