IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,       )<br>                              )<br>    vs.                       )<br>                              )<br>DANA D. MATHEWS,              )<br>                              )     No. 3:00-cr-0101-HRH<br>            Defendant.        )<br>_____) | |

## ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

The attached funds, in the amount of $1,652.00, shall be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's restitution.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>11th</u> day of January, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Clerk's Docket No. 50.